FILED
2013 DEC 16 P 3:30
CLERK
U.S. BANKRUPTCY
COURT - PGH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 08-22048-TPA |
| Jesse L. Jordan and | : | |
| Phyllis G. Jordan, | : | CHAPTER 13 |
|          Debtors | : | |
| _____ | : | |
| Jesse L. Jordan and | : | Related to Docket No. 103 |
| Phyllis G. Jordan, | : | |
|          Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Allied Adjustors, | : | |
| American General Finance, | : | |
| AT & T, | : | |
| AT&T Wieless Services, | : | |
| Beneficial, | : | |
| Berks CC, | : | |
| Bureau of Collection Recovery, | : | |
| Capital One Bank (USA), NA, | : | |
| Citifinancial, | : | |
| Credit Coll/USA, | : | |
| East Bay Funding, LLC, | : | |
| eCAST Settlement Corp., | : | |
| ECMC, | : | |
| First Franklin Loan Services, | : | |
| Freedom United FCU, | : | |
| HSBC/BOSCOV, | : | |
| HSBC/Bstby, | : | |
| I.C. Systems, Inc., | : | |
| Internal Revenue Service, | : | |
| Medical Payment Data, | : | |
| Meyer's Mobile Tire Service, | : | |
| National Recovery Agency, | : | |
| Palisade Collections, | : | |
| Portfolio Recovery Associates, LLC, | : | |
| Pra Receivables Management, LLC, | : | |
| Recovery Management | : | |
| Systems Corp., | : | |
| Residential Credit Solutions, | : | |
| Sears/ CBSB, | : | |
| Shoppers Charge Account, | : | |
| THD/CBSD, | : | |
| Wells Fargo Financial | : | |
| Pennsylvania, Inc., | : | |
|          Respondents | : | |
| | : | |
| and | : | |
| | : | |

      Ronda J. Winnecour, Esquire,   :
      Chapter 13 Trustee/               :
                              Additional  :
                              Respondent  :

## ORDER

AND NOW, on this _5th_ day of _December_, 2013, it is hereby ordered and directed as follows:

1. The within case is re-opened;

2. The filing fee to reopen this case is waived. *On stipulation*

3. The Debtors shall file a motion against the mortgage company within thirty (30) days from the date of this order.

BY THE COURT:

_____
Thomas P. Agresti,
United States Bankruptcy Judge